AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TERRANCE JON IRBY, *Plaintiff* v. DOC WASHINGTON, BERNIE WARNER, DAN PACHOLKE, STEVE SINCLAIR, RON KNIGHT, JUAN PALOMO, CC3 DAVID MCKINNEY, CHRIS BOWMAN SCOTT FRAKES and JERRY T. DUNLEAVY *Defendant* | Civil Action No. 4:14-CV-05054-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff application to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915. IT IS FURTHER ORDERED all pending Motions are DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 1, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia